# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2008

Clifford W. Taylor,
Chief Justice

136749

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE TOWNSHIP OF
WEST BLOOMFIELD,
    Plaintiff-Appellee,

v

                SC: 136749
                COA: 284324
                Oakland CC: 2007-008678-AR
                48th DC: 06-WB-80322(A and B)

SCOTT ALLYN SZPYRKA,
    Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the April 30, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2008

_____
Clerk

p1015